UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY M. CALDERON,<br><br>            Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA,<br><br>            Respondent. | Case No. EDCV 15-2156 DOC(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that the Petition and this action are dismissed without prejudice because the Petition is wholly unexhausted.

///

///

///

///

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on any counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 6, 2016

_/s/ David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE